UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| YAN SUI, PEI-YU YANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOUTHSIDE TOWING, et al.,<br><br>　　　　Defendants. | Case No. SACV 10-1973 JAK (AJW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report")the objections to the Report, and the Supplemental Report and Recommendation.  Good cause appearing, the Court accepts the findings and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

**IT IS SO ORDERED**.

DATED: March 19, 2012

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　United States District Judge