
**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| **YAN SUI, PEI-YU YANG,** ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **SOUTHSIDE TOWING, et al.,** ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. SACV 10-01973 JAK (AJW) <br><br><br> J U D G M E N T |

   **IT IS ADJUDGED** that the action is dismissed with prejudice.

March 19, 2012

_____
JOHN A. KRONSTADT
United States District Judge