UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| **YAN SUI, PEI-YU YANG,** | ) | |
| Plaintiffs, | ) | Case No. SACV 10-01973 JAK (AJW) |
| v. | ) | |
| **SOUTHSIDE TOWING, et al.,** | ) | **J U D G M E N T** |
| Defendants. | ) | |

**IT IS ADJUDGED** that the action is dismissed with prejudice.

March 19, 2012

_____
JOHN A. KRONSTADT
United States District Judge