UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| YAN SUI and PEI-YU YANG, | ) | |
| Plaintiffs, | ) | No. SACV 10-01973 JAK (AJW) |
| v. | ) | |
| SOUTHSIDE TOWING, et al., | ) | J U D G M E N T |
| Defendants. | ) | |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

June 29, 2012

_____
JOHN A. KRONSTADT
United States District Judge